UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FOTOHAUS LLC,
75 North Woodward Avenue, #80228
Tallahassee, FL 32313

    Plaintiff,

v.

INTERWORKS, INC.,
1425 South Sangre Road
Stillwater, OK 74074

    Defendant.

Civil Action No.:

COMPLAINT AND JURY DEMAND

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, FOTOHAUS LLC ("Fotohaus" or "Plaintiff"), brings this complaint in the United States District Court for the District of Columbia against INTERWORKS, INC. ("Interworks" or "Defendant"), alleging as follows:

PARTIES

1. Plaintiff is a limited liability company existing under the laws of the State of Florida, with an office located in Tallahassee, Florida.

2. On information and belief, Defendant is a Domestic For Profit Business Corporation existing under the laws of the state of Oklahoma, with headquarters in Stillwater, Oklahoma. Defendant. Defendant owns, operates, and is solely responsible for the content on the commercial website, www.interworks.com.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5. This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) because Defendant regularly does and solicits business, engages in persistent course of conduct, and derives substantial revenue from services rendered in the District of Columbia

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

6. Daniel Foster ("Foster") captured the photograph, "Natural Gas Rig Sunrise" ("Copyrighted Photograph") on August 17, 2009 in Shreveport, Louisiana. [Exhibit 1].

7. On or about December 31, 2009, Foster posted Copyrighted Photograph to www.flickr.com/photos/danielfoster/3829465133 (Last visited August 6, 2018). [Exhibit 2].

8. Beginning on or about May 16, 2012, Defendant copied and posted Copyrighted Photograph to the Defendant's commercial website, www.interworks.com.

9. Defendant posted Copyrighted Photograph to the following URL:

   - www.interworks.com/de/resources/case-studies/anchor-drilling-fluids-usa (Last visited October 28, 2017). [Exhibit 3].

10. Foster registered Copyrighted Photograph with the United States Copyright Office on July 17, 2012 (Registration No.: VA 1-832-734). [Exhibit 4].

11. On March 8, 2017, Foster assigned the copyright to Copyrighted Photograph to Fotohaus.

## COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

12. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

13. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid Certificate of Copyright Registration by the Register of Copyrights.

14. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute Copyrighted Photograph to the public.

15. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, copied and used Copyrighted Photograph on Defendant's commercial website, www.interworks.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

16. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

17. As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual or statutory damages, including any profits realized by Defendant attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendant's infringement of Copyrighted Photograph.

## COUNT II: CONTRIBUTORY INFRINGEMENT

18. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly made available Copyrighted Photograph to third party publishers by posting active links to social media companies immediately adjacent to Copyrighted Photograph.

19. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, had knowledge or reason to know of such contributory infringement.

20. As a result of Defendant's actions, Plaintiff is entitled to actual damages or such other and further relief as is just and proper.

## COUNT III: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202

21. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Plaintiff's Copyrighted Photograph before displaying Copyrighted Photograph on Defendant's public website, www.interworks.com. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and (b)(1).

22. As a result of Defendant's actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C.  Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper;

D.  Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E.  Awarding Plaintiff his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.  Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: February 20, 2019                        \_\_/s/\_\_*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3



EXHIBIT 4



Natural Gas Rig at Night
Natural Gas Rig Sunrise
Not Sure
NSU Natchitoches
NSU Oaks
Pensive Thinker
Pink Flower on Black
Playing Cat
Red Flower Close Up
Retro Flowers
Sen Portrait
Serious Moment
Sleeping Boy
Summer Rose
Tall Grass
Tiger Stadium Stairs
Tree Branches
Water in Motion
Water on Wall
White Azalea
Worried Cat

**Completion/Publication**
Year of Completion: 2009
Date of 1st Publication: December 31, 2009   Nation of 1st Publication: United States

**Author**
Author: Daniel R Foster
Author Created: photograph(s)
Work made for hire: No
Citizen of: United States   Domiciled in: United States

**Copyright claimant**
Copyright Claimant: Daniel R Foster
9004 Pink Pearl Court, Shreveport, LA, 71115, United States

**Rights and Permissions**
Name: Daniel Foster
Email: dfoste7@tigers.lsu.edu

**Certification**

Page 2 of 3

Name: John H. Norris
Date: July 17, 2012

Correspondence: Yes

Page 3 of